IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHERYL CICCONE, individually and on behalf of all others similarly situated,** | : | CIVIL ACTION NO. 3:20-CV-981 |
| | : | |
| | : | (Judge Conner) |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **PROGRESSIVE SPECIALTY INSURANCE COMPANY and PROGRESSIVE INSURANCE COMPANY,** | : | |
| | : | |
| **Defendants** | : | |

# **ORDER**

AND NOW, this 11th day of December, 2020, upon consideration of plaintiff's motion (Doc. 8) to remand pursuant to 28 U.S.C. § 1447, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 8) to remand is DENIED in part and DEFERRED in part as follows:

    a. The motion (Doc. 8) is DENIED to the extent that this court has subject matter jurisdiction over Ciccone's individual claims.

    b. The motion (Doc. 8) is DEFERRED to the extent that this court presently lacks information to decide whether it has subject matter jurisdiction over Ciccone's class-wide claims.

2. Plaintiff and defendants shall undertake jurisdictional discovery regarding the potential recovery of the class members for up to 45 days until **Monday, January 25, 2021**.

3. The parties shall file supplemental briefs following this period of jurisdictional discovery limited to the issue of whether this court has CAFA jurisdiction over Ciccone's class claims.

4. Each party shall file its supplemental brief on or before **Monday, February 8, 2021.**

                                                                             /S/ CHRISTOPHER C. CONNER
                                                                             Christopher C. Conner
                                                                             United States District Judge
                                                                             Middle District of Pennsylvania